RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGMAR W. and SAMANTHA W.,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:16-cv-01403-MMC<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge Maxine M. Chesney<br><br>Complaint Filed: 03/22/2016 |

The parties to the above-captioned litigation, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, **Dagmar W.** and **Samantha W.** have reached a confidential agreement to settle and resolve their claims against Defendant Aetna Life Insurance Company related to the above-captioned matter;

NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs **Dagmar W.** and **Samantha W.** and Defendant Aetna Life Insurance Company hereby jointly stipulate to the dismissal of this action, with prejudice. Each party is to bear its own respective costs and attorneys' fees associated with the action.

**IT IS SO STIPULATED.**

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: November 28, 2017

        BRIAN S. KING
        BRIAN S. KING, ATTORNEY AT LAW

By:       /s/
      Brian S. King

Attorneys for Plaintiffs **Dagmar W.** and **Samantha W.**

Dated: November 28, 2017

RICHARD J. DOREN
HEATHER L. RICHARDSON
GIBSON, DUNN & CRUTCHER LLP

By:       /s/
      Heather L. Richardson

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 4, 2017

_____
The Honorable Maxine M. Chesney
United States District Court